## Commonwealth *v.* Jones, Appellant.

Argued June 12, 1974. *Kalvin Kahn,* for appellant; *Mark Sendrow,* Assistant District Attorney, with him *Paul J. Sullivan, Steven Goldblatt,* and

*David Richman,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.